In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to Certain Real Estate, etc., for the Construction of an Extension to the Westerly or Manhattan Terminal of the New York and Brooklyn Bridge, etc. David Keane and Others, as Executors, etc., of Anna C. Keane, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the City of New York, etc., Relative to Acquiring Title to Lands, etc., for the Improvement of the Water Front of the City of New York on the North River, between Bloomfield and Little West Twelfth Streets and between Tenth and Thirteenth Avenues. *Jonathan Nathaniel Glass* and Others, as Executors, etc., of John Glass, Deceased, Appellants; T. H. Wheeler Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Equitable Life Assurance Society of the United States, Plaintiff, v. Harry L. Toplitz and Others, Impleaded with Hudson Trust Company, Respondent. Hortense B. Fischer, Appellant. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. The Alden Speares Sons Company, Appellant, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1910.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederic A. Cauchois, Trading under the Name of Frederic A. Cauchois & Co., Appellant, v. Wilber Miller, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Leopold Lenz, Respondent, v. Wallace Wall Paper Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The F. W. Carlin Construction Company, Contractor, Respondent, for an Order Discharging a Certain Mechanic's Lien against a Public Improvement Filed by the Newburgh Bridge and Structural Steel Works, and the Firm of Nicholas W. Ryan and James McFerran, Doing Business as Newburgh Bridge and Structural Steel Works, and James McFerran, as Successor of Said Firm. John H. Edwards, as Receiver of The New Amsterdam National Bank of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Mercantile National Bank of the City of New York, Respondent, v. Fritz Augustus Heinze, Appellant. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Mercantile National Bank of the City of New York, Appellant, v. Fritz Augustus Heinze, Respondent. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles E. Levy, Respondent, v. William O. Allison and Others, Appellants, Impleaded with Jacob R. Beetum and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.